**Ella WILSON, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.
June 6, 1952.

---

737

Buford A. Short, Beattyville, for appellant.

J. D. Buckman, Jr., Atty. Gen., John B. Browning, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Owsley Circuit Court. Judgment of conviction for maintaining a nuisance. $50 fine. The facts, questions raised, authorities cited and applicable law have been carefully considered.

Judgment affirmed.